1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   FELIX JAUREGUI
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,    ) No. 2:07-cr-571 GEB
13                              )
                  Plaintiff,    ) STIPULATION AND [PROPOSED] ORDER
14                              ) SETTING STATUS CONFERENCE
         v.                     )
15                              )
   FELIX JAUREGUI,              ) Date: January 23, 2009
16                              ) Time: 9:00 a.m.
                  Defendant.    ) Judge: Hon. Garland E. Burrell, Jr.
17                              )
   _____)
18

19     It is hereby stipulated and agreed to between the United States of

20  America through Philip A. Ferrari, Assistant United States Attorney,

21  and FELIX JAUREGUI, by and through his counsel, JEFFREY L. STANIELS,

22  Assistant Federal Defender, that the above captioned case be placed on

23  this court's calendar for January 16, 2009, for a status conference

24  with regard to status of counsel.  Mr. Jauregui and undersigned counsel

25  are at an impasse on how to proceed, and Mr. Jauregui has advised he

26  wants to hire his own attorney and that efforts are underway to do so.

27     It is not necessary to exclude time in connection with this

28  request.  Time has already been excluded until January 23, 2009, by

1  separate order of the court.

2      IT IS SO STIPULATED.

3  Dated: January 12, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        FELIX JAUREGUI


10  Dated: January 12, 2009

                                        LARRY BROWN
                                        Acting United States Attorney

                                         /s/ PHILIP FERRARI
                                        PHILIP A. FERRARI
                                        Assistant U.S. Attorney
                                        Bb JLS per e-mail authority



                                **O R D E R**

        IT IS SO ORDERED.

    Dated:  January 14, 2009

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

Stip & Order                            2