DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FELIX JAUREGUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-571 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| FELIX JAUREGUI, | Date: August 14, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Philip A. Ferrari, Assistant United States Attorney, and FELIX JAUREGUI, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that sentencing in the above captioned case be continued from August 14, 2009, to September 11, 2009, due to the unavailability of Mr. Jauregui to meet with counsel before August 14, 2009, and due to the trial schedule of defense counsel between August 25, 2009, and approximately September 8, 2009, and the schedule of government counsel, which makes him unavailable on August 21, 2009.

The court is advised that Mr. Jauregui was transferred recently

1 from the Sacramento County Jail to the Butte County Jail in Oroville.
2 For security reasons the U.S. Marshal does not publish prisoner
3 movement schedules ahead of time.  Due to serious health issues which
4 affected Mr. Jauregui until recently while he was in custody, counsel
5 believed that he did not qualify for relocation under advertised  U.S.
6 Marshal criteria.  That belief turned out to be mistaken.  Review of
7 the final presentence report in light of the recently filed sentencing
8 memoranda needs to be accomplished in order to prepare Mr. Jauregui for
9 sentencing.

10     It is not necessary to exclude time in connection with this
11 request because the matter is scheduled for sentencing, not for
12 determination of guilt.

13     IT IS SO STIPULATED.

15 Dated: August 13, 2009
                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ JEFFREY L. STANIELS
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  FELIX JAUREGUI


22 Dated: August 13, 2009

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

                                   /s/ PHILIP FERRARI
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney
                                  BY JLS per oral authorization


Stip & Order                      2

**O R D E R**

   IT IS SO ORDERED.
Dated:  August 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    3