```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    FELIX JAUREGUI
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,    ) No. 2:07-cr-571 GEB
13                               )
                     Plaintiff,  ) STIPULATION AND ORDER CONTINUING
14                               ) SENTENCING
         v.                      )
15                               )
    FELIX JAUREGUI,              ) Date:  September 18, 2009
16                               ) Time:  9:00 a.m.
                     Defendant.  ) Judge: Hon. Garland E. Burrell, Jr.
17                               )
    _____)
18
```

19      It is hereby stipulated and agreed to between the United States of

20 America through Philip A. Ferrari, Assistant United States Attorney,

21 and FELIX JAUREGUI, by and through his counsel, JEFFREY L. STANIELS,

22 Assistant Federal Defender, that sentencing in the above captioned case

23 be continued from September 18, 2009, to October 9, 2009.  This

24 continuance is sought to permit defense counsel to evaluate sentencing

25 procedural options and information from Mr. Jauregui regarding the

26 accuracy of portions of the Presentence Report and to confer with

27 government counsel concerning these matters.

28      The court is advised that Mr. Jauregui was transferred recently

1  from the Sacramento County Jail to the Butte County Jail in Oroville,
2  which complicates the process of conferring with Mr. Jauregui.
3      It is not necessary to exclude time in connection with this
4  request because the matter is scheduled for sentencing, not for
5  determination of guilt.
6      IT IS SO STIPULATED.

8  Dated: September 17, 2009
                                     Respectfully submitted,

                                     DANIEL J. BRODERICK
10                                   Federal Defender

11                                   /s/ JEFFREY L. STANIELS
                                     JEFFREY L. STANIELS
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   FELIX JAUREGUI

15  Dated: September 17, 2009

16                                   LAWRENCE G. BROWN
                                     Acting United States Attorney
17
                                      /s/ PHILIP FERRARI
18                                   PHILIP A. FERRARI
                                     Assistant U.S. Attorney
19                                   BY JLS per oral authorization

**O R D E R**

    IT IS SO ORDERED.

Dated:  September 18, 2009

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stip & Order                    2