DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FELIX JAUREGUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-571 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | SENTENCING |
| v. ) | |
| ) | |
| FELIX JAUREGUI, ) | Date: October 9, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Philip A. Ferrari, Assistant United States Attorney, and FELIX JAUREGUI, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that sentencing in the above captioned case be continued from October 9, 2009 to November 13, 2009.  This continuance is sought to permit defense counsel to evaluate sentencing procedural options and information from Mr. Jauregui regarding the accuracy of portions of the Presentence Report and to confer with government counsel concerning these matters.

The court is advised that it is not necessary to exclude time in

1  connection with this request because the matter is scheduled for
2  sentencing, not for determination of guilt.
3       IT IS SO STIPULATED.
4
5  Dated: October 9, 2009
                                        Respectfully submitted,
6
                                        DANIEL J. BRODERICK
7                                       Federal Defender

8                                       /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      FELIX JAUREGUI

11
12 Dated: October 9, 2009
13                                      LAWRENCE G. BROWN
                                        Acting United States Attorney
14
                                         /s/ PHILIP FERRARI
15                                      PHILIP A. FERRARI
                                        Assistant U.S. Attorney
16                                      BY JLS per oral authorization
17
18
                                  **O R D E R**
19
        IT IS SO ORDERED.
20
21 Dated:  October 13, 2009
22
                                        _____
23                                      GARLAND E. BURRELL, JR.
                                        United States District Judge
24
25
26
27
28

Stip & Order                            2