IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               2:07 - cr - 571 - GEB TJB

    vs.

FELIX JAUREGUI,

    Movant.                <u>ORDER</u>

_____/

    Movant, Felix Jauregui, seeks relief under 28 U.S.C. § 2255 from a sentence of 168 months imprisonment after Juaregui pleaded guilty to one count of conspiracy to distribute methamphetamine. Based upon the motion, files, and records of this case, the court has determined that a limited evidentiary hearing is warranted in this case. That hearing is currently scheduled for May 23, 2012 at 9:30 a.m. Due to a conflict with the court's schedule, the hearing is moved to June 1, 2012 at 9 a.m. in Courtroom 2 at the United States Courthouse located at 501 I Street, Sacramento, California 95814.

    Accordingly, IT IS HEREBY ORDERED that:

    1. An evidentiary hearing is set for June 1, 2012, at 9:00 a.m. in Courtroom 2 at the United States Courthouse located at 501 I Street, Sacramento, California 95814, subject to the ability to have Movant present either physically in the courtroom or via videoconference in

accordance with the separate order and writ of habeas corpus ad testificandum;

2. The evidentiary hearing is limited to: testimony and other evidence (such as notes, documents, and records) relating to any and all plea agreements offered to Movant prior to Movant pleading guilty in this case.  No evidence shall be received with regard to Movant's other claims, that the district court miscalculated his sentence under the United States Sentencing Guidelines or that his appellate counsel was ineffective.

3. The evidentiary hearing set for May 23, 2012 is vacated.

DATED:  April 24, 2012

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE