IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,  2:07 - cr - 571 - GEB TJB

    vs.

FELIX JAUREGUI,

    Movant.  <u>ORDER AND WRIT OF HABEAS CORPUS</u>

    <u>AD TESTIFICANDUM</u>

_____/

    Movant, Felix Jauregui (Register # 17516-097), seeks relief under 28 U.S.C. § 2255 from a sentence of 168 months imprisonment after Juaregui pleaded guilty to one count of conspiracy to distribute methamphetamine.  An evidentiary hearing, originally set for May 23, 2012, at 9:30 a.m., has been rescheduled to June 1, 2012, at 9:00 a.m. in Courtroom 2 at the United States Courthouse located at 501 I Street, Sacramento, California 95814.  Movant's presence is required at this hearing.  Thus, this order vacates the writ of habeas corpus ad testificandum requiring Movant's presence on May 23, 2012, and orders that a new writ issue requiring his presence on June 1, 2012 at 9 a.m. in the above mentioned courtroom.

    Movant, a federal prisoner, is currently being confined in Allenwood Federal Prison Camp (FCI Allenwood Low), in White Deer, Pennsylvania 17810, in the custody of Warden

1

Frank Strada (Warden).  To secure this inmate's presence at the evidentiary hearing, it is necessary that a new Writ of Habeas Corpus ad Testificandum issue.  If possible, Movant's presence at the hearing shall be by videoconference.  If appearance by videoconference is unavailable, the Warden shall secure Movant's personal appearance at the courthouse on the above mentioned date.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce inmate Felix Jauregui so that he may be present and testify at the time and place stated above, and from day-to-day until completion of the evidentiary hearing as ordered by the Court; and thereafter to return the inmate to Allenwood Federal Prison Camp.

2. The inmate's presence may be secured via videoconference.  However, if the technology necessary for the inmate to appear via videoconference is unavailable, the Warden is ordered to secure the inmate's physical presence in the courtroom at the above mentioned time and place and the United States Marshals Service shall transport him to the United States District Court for the Eastern District of California.  The Warden shall notify this court not less than two weeks prior to the evidentiary hearing the manner in which the inmate's presence is to be secured;

3. The Warden, is ordered to notify the Court of any change in custody of inmate Felix Jauregui, and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the United States Marshals Service.

5. The Writ of Habeas Corpus Ad Testificandum issued on April 3, 2012, is vacated.

---

[1] The prison has previously informed the court that Movant will appear in person in the courtroom.  Both options remain open to prison officials.

2

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Frank Strada of the Allenwood Federal Prison Camp (FCI Allenwood Low), P.O. Box 1500, White Deer, Pennsylvania 17887**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of the manner in which the inmate's presence is to be secured, any change in custody of the inmate, and have been ordered to provide the new custodian with a copy of this writ.

DATED:  April 24, 2012

_____

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

3