IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               2:07 - cr - 571 - GEB TJB

    vs.

FELIX JAUREGUI,

    Movant.                  ORDER

_____/

        Movant, a federal prisoner proceeding *pro se*, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 20, 2012, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. After the findings and recommendations were returned as not deliverable as addressed to movant, they were reserved by mail on July 25, 2012. Thereafter, on August 20, 2012 movant filed a motion for an extension of time to file objections to the findings and recommendations until August 20, 2012. He also filed his objections on August 20, 2012. Good cause appearing, movant's motion for an extension of time to file his objections will be granted and his objections shall be deemed timely.

1

The court has reviewed the file, including the objections, and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for an extension of time to file objections (Dkt. No. 355.) is GRANTED and movant's objections are deemed timely;

2. The findings and recommendations filed June 20, 2012, are adopted in full;

3. The motion to vacate, set aside or correct a sentence under 28 U.S.C. § 2255 is DENIED;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2: 11-cv-0906 GEB-TJB.

Dated: August 29, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge