HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FELIX JAUREGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FELIX JAUREGUI,<br><br>         Defendant. | No. Cr. S 2:07-cr-571 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Hon. GARLAND E. BURRELL, JR. |

Defendant, FELIX JAUREGUI, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 13, 2009, this Court sentenced Mr. Jauregui to a term of 168 months imprisonment;

3. Mr. Jauregui's total offense level was 35, his criminal history category was I, and the resulting guideline range was 168 to 210 months;

1       4.      The sentencing range applicable to Mr. Jauregui was subsequently lowered by the
2  United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,
3  see 79 Fed. Reg. 44,973;
4       5.      Mr. Jauregui's total offense level has been reduced from 35 to 33, and his
5  amended guideline range is 135 to 168 months;
6       6.      Accordingly, the parties request the Court enter the order lodged herewith
7  reducing Mr. Jauregui's term of imprisonment to a term of 135 months.
8  Respectfully submitted,
9  Dated:  October 15, 2015                         Dated:   October 15, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/ Jason Hitt                                    /s/ Hannah R. Labaree
JASON HITT                                        HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                            Attorney for Defendant
UNITED STATES OF AMERICA                          FELIX JAUREGUI

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Jauregui is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 135 to 168 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2009 is reduced to a term of 135 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Jauregui shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge